NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Armando Pina Ruelas,<br>Peter James Mirras,<br><br>　　　　　Defendants. | 3:23-mj-00159<br><br>MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT, AND ARREST WARRANT<br><br><u>UNDER SEAL</u> |

The United States of America, by Natalie K. Wight, United States Attorney for the District of Oregon, and Lewis S. Burkhart, Assistant United States Attorney, moves the Court for an order sealing the Complaint and Affidavit in support of the Complaint, Arrest Warrant, and this motion and subsequent Order, for the reason that disclosure of the information may cause:

//

//

//

//

//

**Motion to Seal Criminal Complaint, Affidavit in Support of Complaint, and Arrest Warrant** 　　　　　　　　　　　　Page 1

flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, cause the defendant's flight from prosecution, and jeopardize any continued investigation through future interviews.

Dated: September 18, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_/s/ Lewis S. Burkhart_____
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney